UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  ) CASE NO: 07-42420-399  Chapter 13
    RAYMOND DAVID COPMAN )
 ) Trustee's Objection to Confirmation
    ROBIN RENEE COPMAN )
 ) Original confirmation hearing
                Debtor(s)  ) set for Jun 07, 2007 10:30 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan is not proposed in good faith (11 U.S.C. Sec. 1325(a)(3)) because: DEBTORS ARE NOT ELIGIBLE FOR DISCHARGE.
2. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   A. 5C LACKS INTEREST RATE WHICH MUST BE PROVIDED IN ALL CASES.
   B. PARAGRAPH 4 CONTAINS TWO CONFLICTING AMOUNTS TO BE PAID.
3. 9A STATES THAT A GUARANTEE IS REQUIRED UNDER THE MEANS TEST BUT THE GUARANTEE IS NOT PROVIDED. DEBTOR IS BELOW MEDIAN, HOWEVER, AND NO GUARANTEE IS MANDATED BY THE MEANS TEST.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

|  |  |
|---|---|
| KLW-351 | /s/ John V. LaBarge, Jr. |
|  | -------------------------------- |
|  | John V LaBarge Jr |
| Copy served on the following either through the Court's ECF system or by ordinary mail on May 21, 2007 : | Chapter 13 Trustee P.O. Box 430908 St. Louis, MO 63143   (314) 781-8100 |
|  | trust33@ch13stl.com   Fax:(314) 781-8881 |

GARY D BOLLINGER
3827 GUSTINE
ST LOUIS MO  63116


RAYMOND DAVID & ROBIN RENEE COPMAN
9 TRAIL BLAZE CIRCLE
FESTUS MO  63028